IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN  DIVISION

| | | |
|---|---|---|
| MAXIE D. REEVES, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 2:05-cv-01219-DRB |
| | ) | [WO] |
| JO ANNE B. BARNHART, | ) | |
| COMMISSIONER OF SOCIAL SECURITY, | ) | |
| | ) | |
| Defendant. | ) | |

## JUDGMENT

In accordance with the *Order* entered this day granting the Defendant's motion to remand

this case, pursuant to sentence four of 42 U.S.C. §405(g) for further administrative proceedings, it

is hereby

**ORDERED, ADJUDGED and DECREED**  that **JUDGMENT,**  pursuant to Rule 58 of the

Federal Rules of Civil Procedure, is hereby, entered in favor of Plaintiff, Maxie D. Reeves, and against

the Defendant, Commissioner of Social Security, and that this case is **REVERSED and**

**REMANDED** to the Commissioner  further consideration pursuant to *sentence four* of 42 U.S.C. §

405(g).

Done this 28th  day of July, 2006.

/s/ Delores R. Boyd
DELORES R. BOYD
UNITED STATES MAGISTRATE JUDGE